Aaron J. Potter, OSB No. 992003
ajp@hartwagner.com
Christian K. Jahn, OSB No. 183776
ckj@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
    *Of Attorneys for Defendant Therese Hutchins*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHARITY TYLER**, personal representative for the Estate of Robert Hight III, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**CLACKAMAS COUNTY**, an Oregon County; **NAPHCARE, INC.**, an Alabama Corporation; **AB Staffing Solutions, LLC**; **Taylor Rumelhart**, an individual; **Therese Hutchins**, an individual; **Svetlana Nikolayevna Ignashov**, an individual; **Gia Stone**, an individual; **Donna Conway**, an individual; **Jill Crum**, an individual; **Angela Brandenburg**, an individual; **Emma Kathleen Lucas**, an individual; **Benjamin Cypher**s, an individual; **Corey Smith**, an individual; **Emily Radmer**, an individual; **Aaron J. Hatfield**, an individual; **Arthur Sean Johnson**, an individual; **Nicholas J. Johnson**, an individual; **Matthew Savage**, an individual; **Victor Villalta**, an individual; **Ryan Therle Lewis Teeter**, an individual; **Robert Joseph Pena**, an individual; **Nicole M. Yakis**, an individual; **Brannon James MacFarlane**, an individual; **Felix Sebastian Ventura**, an individual; **Harlee Beard**, an individual; and **JOHN AND JANE DOES 1-20**; | Case No. 3:25-cv-01620-IM<br><br>**DEFENDANT THERESE HUTCHINS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMAND** |

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

Defendants.

In answer to plaintiff's First Amended Complaint ("complaint"), defendant Therese Hutchins ("defendant") admits, denies, and alleges as follows:

**INTRODUCTION**

1.

Defendant admits that Robert Hight III was in custody at the Clackamas County Jail in December 2023.  Defendant further admits that NaphCare provided medical services at the jail at that time.  Defendant denies that she ignored any plea for help from Mr. Hight.  Defendant denies that Mr. Hight was obviously experiencing a medical emergency at the time she was on-shift at the jail, and further denies that she failed to send Mr. Hight to the hospital.  Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 1 of the complaint.

2.

Paragraph 2 of the complaint contains legal conclusions to which no answer is required. Defendant is without sufficient information to admit or deny the remaining factual allegations contained in paragraph 2 of the complaint.

**JURISDICTION**

3.

Paragraphs 3 and 4 of the complaint contain legal conclusions to which no answer is required.  Nevertheless, defendant admits that this court has federal jurisdiction over plaintiff's federal claims and supplemental jurisdiction over plaintiff's state-law claims and that venue is proper.

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

## PARTIES

### 4.

Paragraph 5 of the complaint contains legal conclusions to which no answer is required. Defendant is without sufficient information to admit or deny the remaining factual allegations in paragraph 5 of the complaint.

### 5.

Paragraph 6 of the complaint contains legal conclusions to which no answer is required. Defendant admits that NaphCare was providing medical services at the Clackamas County Jail in December 2023. Defendant is without sufficient information to admit or deny the remaining factual allegations in paragraph 6 of the complaint.

### 6.

Paragraph 7 of the complaint contains legal conclusions to which no answer is required. Defendant is without sufficient information to admit or deny the remaining factual allegations in paragraph 7 of the complaint.

### 7.

Defendant admits that defendant AB Staffing Solutions, LLC is an Arizona LLC, and that defendant was employed by AB Staffing Solutions, LLC at the time of the care at issue in December 2023. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 8 of the complaint because plaintiff did not allege a definite time period.

/ / /

/ / /

/ / /

Page 3 - **DEFENDANT THERESE HUTCHINS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

8.

Paragraphs 9 through 11 appear directed at co-defendants.  To the extent that an answer is required, defendant admits that Taylor Rumelhart and Svetlana Ignashov were registered nurses employed by NaphCare in the Clackamas County Jail in December 2023 during the care at issue in this lawsuit.  Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraphs 9 through 11 of the complaint.

9.

Paragraph 12 of the complaint contains legal conclusions to which no answer is required. Defendant admits that she is a registered nurse who was employed by defendant AB Staffing Solutions, LLC and was working in the Clackamas County Jail in December 2023, at the time of the care at issue in this lawsuit.  Defendant denies that she was employed by NaphCare.

10.

Paragraphs 13 through 17 appear directed at co-defendants.  To the extent that an answer is required, defendant admits that Angela Brandenburg is the Sheriff of Clackamas County, but defendant is without sufficient information to admit or deny the remaining allegations contained in paragraphs 13 through 17 of the complaint.

**FACTUAL ALLEGATIONS**

11.

Defendant admits that in December 2023, Robert Hight III was booked into the Clackamas County Jail.  Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 18.

/ / /

/ / /

**DEFENDANT THERESE HUTCHINS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

12.

Defendant admits that prior to the incident at issue, Mr. Hight had been incarcerated at Clackamas County jail multiple times. Defendant admits that she was aware that Mr. Hight had a history of high blood pressure. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 19.

13.

Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 20 through 23 of the complaint.

14.

Defendant admits that NaphCare had an intake assessment and orders form which guided medical intake screening in the jail. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 24.

15.

Defendant admits that Mr. Hight was booked into Clackamas County Jail on an evening in December 2023. Defendant denies that he was referred to defendant in medical, and denies that she failed to respond to any such referral. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 25.

16.

Defendant admits that Mr. Hight was placed in an isolation cell on the evening of the care at issue in December 2023. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 26.

/ / /

/ / /

**DEFENDANT THERESE HUTCHINS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

17.

Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 27 of the complaint.

18.

Defendant denies that Mr. Hight was not seen by any medical staff until after 10:00 p.m. Defendant admits that Mr. Hight was not sent out to the hospital during the evening on which he was initially booked.  Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 28 of the complaint.

19.

Defendant is without sufficient information to admit or deny the allegations contained in paragraph 29 of the complaint.

20.

Defendant admits that Mr. Hight was not sent to the hospital at 2:36 a.m. in the early morning hours following his booking in December 2023.  Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 30 of the complaint.

21.

Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 31 through 34 of the complaint.

22.

Defendant denies the allegations contained in paragraph 35 of the complaint.

/ / /

/ / /

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

23.

Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 36 through 45 of the complaint.

24.

To the extent directed at defendant Hutchins' conduct, defendant denies any allegation that she failed to provide necessary and timely care for Mr. Hight, or was deliberately indifferent to his worsening symptoms, or that her conduct caused a brain bleed, treatable or otherwise. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 46 of the complaint.

25.

Defendant is without sufficient information to admit or deny the allegations contained in paragraphs 47 through 48 of the complaint.

26.

Paragraph 49 of the complaint contains legal conclusions to which no answer is required.

**FIRST CLAIM FOR RELIEF**

**(Failure to Provide Adequate Medical Care – 42. U.S.C. § 1983 and 14th Amendment**

**Claims Against All Individual Defendants)**

27.

Paragraph 50 of the complaint contains legal conclusions to which no answer is required.

28.

With respect to allegations against defendant Therese Hutchins, defendant denies the allegations contained in paragraph 51 of the complaint, including each discrete sub-part (a.

Page 7 - **DEFENDANT THERESE HUTCHINS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

through e.).  With respect to the allegations against co-defendants, defendant is without sufficient information to admit or deny the allegations contained in paragraph 51.

29.

With respect to allegations against defendant Therese Hutchins, defendant denies the allegations contained in paragraph 52 of the complaint.  With respect to the allegations against co-defendants, defendant is without sufficient information to admit or deny the allegations contained in paragraph 52.

30.

Paragraph 53 of the complaint contains legal conclusions to which no answer is required. To the extent that an answer is required, defendant denies.

31.

Paragraph 54 of the complaint contains legal conclusions to which no answer is required. With respect to allegations against defendant Therese Hutchins, defendant denies the allegations contained in paragraph 54 of the complaint.  With respect to the allegations against co-defendants, defendant is without sufficient information to admit or deny the allegations contained in paragraph 54.

32.

Paragraph 55 of the complaint contains legal conclusions to which no answer is required. To the extent that an answer is required, defendant denies.

/ / /

/ / /

/ / /

/ / /

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

**SECOND CLAIM FOR RELIEF**

**(42 U.S.C. §1983 Violation of the 14th Amendment**

*Monell* **Claims against Defendants Clackamas County and NaphCare)**

33.

Paragraphs 56 through 60 concern claims asserted against co-defendants Clackamas County and NaphCare, to which no answer is required on behalf of defendant. Further paragraphs 56, 59, and 60 contain legal conclusions to which no answer is required. To the extent that an answer is required, defendant is without sufficient information to admit or deny the allegations contained in paragraphs 56 through 60 (including each discrete subparagraph contained therein).

**THIRD CLAIM FOR RELIEF**

**(Failure to Supervise – 42 U.S.C. § 1983 Violation of the 14th Amendment against Defendants Jill Crum, Gia Stone, Donna Conway, Corey Smith, Emily Radmer, Matthew Savage, Nicholas J. Johnson, Aaron J. Hatfield, and Angela Brandenburg)**

34.

Paragraphs 61 through 67 concern claims asserted against co-defendants Jill Crum, Gia Stone, Donna Conway, Corey Smith, Emily Radmer, Matthew Savage, Nicholas J. Johnson, Aaron J. Hatfield, and Angela Brandenburg, to which no answer is required on behalf of defendant. Further paragraphs 65, 66, and 67 contain legal conclusions to which no answer is required. To the extent that an answer is required, defendant is without sufficient information to admit or deny the allegations contained in paragraphs 61 through 67 (including each discrete subparagraph contained therein).

/ / /

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

**FOURTH CLAIM FOR RELIEF**

**(Negligence and Wrongful Death Against All Defendants)**

35.

Paragraph 68 of the complaint contains legal conclusions to which no answer is required. With respect to allegations against defendant Therese Hutchins, defendant denies the allegations contained in paragraph 68 of the complaint. With respect to the allegations against co-defendants, defendant is without sufficient information to admit or deny the allegations contained in paragraph 68.

36.

With respect to allegations against defendant Therese Hutchins, defendant denies the allegations contained in paragraph 69 of the complaint. Defendant specifically denies that she breached a duty of care or was negligent, or failed to provide Mr. Hight with adequate and timely medical care. Defendant further denies that she created a foreseeable risk of harm or death to Mr. Hight. With respect to the allegations against co-defendants, defendant is without sufficient information to admit or deny the allegations contained in paragraph 69.

37.

To the extent that the allegations contained in paragraph 70 are directed against defendant Therese Hutchins, defendant denies. With respect to the allegations against co-defendants, defendant is without sufficient information to admit or deny the allegations contained in paragraph 70.

38.

Paragraph 71 of the complaint contains legal conclusions to which no answer is required. To the extent that the allegations in paragraph 71 are directed against defendant Therese

Page 10 **DEFENDANT THERESE HUTCHINS' ANSWER AND** - **DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

Hutchins, defendant denies. With respect to the allegations against co-defendants, defendant is without sufficient information to admit or deny the allegations contained in paragraph 71.

39.

Paragraph 72 of the complaint contains legal conclusions to which no answer is required. To the extent that the allegations in paragraph 72 are directed against defendant Therese Hutchins, defendant denies. With respect to the allegations against co-defendants, defendant is without sufficient information to admit or deny the allegations contained in paragraph 72.

40.

Except as specifically admitted herein in paragraphs 1 through 25 above, defendant denies each and every remaining allegation of the complaint and the whole thereof.

41.

Defendant requests a jury trial.

**BY WAY OF FURTHER ANSWER, DEFENDANT ASSERTS THE FOLLOWING**

**DEFENSES:**

**FIRST DEFENSE**

**(Non-Economic Damages Cap)**

42.

Plaintiff's claim for damages is subject to the provisions set forth in ORS 30.020 and ORS 31.710.

**SECOND DEFENSE**

**(Failure to State a Claim)**

43.

Plaintiff's First Amended Complaint, and each and every cause of action purported to be set forth therein, fails to allege facts sufficient to state a claim against defendant upon which

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

relief can be granted. Plaintiff has failed to adequately set forth facts to indicate a custom or practice of defendant acting with deliberate indifference toward the constitutional rights of any inmates.

**THIRD DEFENSE**

**(Fault of Others)**

44.

The incident involved herein and any resulting injuries or damages, if any, were caused or contributed by acts and/or omissions of third parties over whom defendant had no control, including but not limited to others whose identity or identities are unknown to defendant at this time.

**FOURTH DEFENSE**

**(Comparative Fault)**

45.

Plaintiff's claims are barred or should be reduced according to the principles of comparative fault.

**FIFTH DEFENSE**

**(Intervening/Superseding Cause)**

46.

Plaintiff's damages, if any, were caused by an intervening superseding cause.

**SIXTH DEFENSE**

**(Pre-Existing Conditions)**

47.

Any damages allegedly suffered by plaintiff and/or Mr. Hight were caused by pre-existing or post-developing unrelated medical conditions, disease, or illness of Mr. Hight for which defendant is not responsible.

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

## SEVENTH DEFENSE

## (Proximate Cause)

48.

Plaintiff's alleged damages were not proximately caused by an act or omission of defendant.

## EIGHTH DEFENSE

## (Qualified Immunity)

49.

To the extent applicable, defendant is entitled to qualified immunity.

## NINTH DEFENSE

## (Good Faith)

50.

At all material times herein, the defendant acted in good faith in the performance of their duties and are, therefore, immune from suit.

## TENTH DEFENSE

## (Punitive Damages)

51.

Punitive damages have not been properly pled and are inapplicable. Mr. Hight's Constitutional rights were not violated, and none of defendant's conduct constitutes evil motive or intent or reckless or callous indifference to warrant the imposition of punitive damages. Additionally, imposition of punitive damages against defendant would be improper, unconstitutional, and would violate the rights of defendant under the United States Constitution and/or the Oregon State Constitution. Any claim for punitive damages by plaintiff is barred. Further, an award for punitive damages would violate the spirit and purpose of Section 1983.

/ / /

Page 13 - **DEFENDANT THERESE HUTCHINS' ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

## ELEVENTH DEFENSE

## (Mitigation)

38.

Plaintiff failed to mitigate damages.

## TWELFTH DEFENSE

## (Adoption of Defenses)

39.

Defendant generally and specifically adopts any and all affirmative defenses available under the United State Constitution, the Oregon State Constitution, common law, or statutory law.

## THIRTEENTH DEFENSE

## (Oregon Tort Claims Act)

40.

To the extent applicable, plaintiff's state law claims may be jurisdictionally barred for failure by plaintiff to comply with the tort claim notice requirements of ORS 30.260 *et seq.* and further, plaintiff's state law claims may be subject to the damages cap of ORS 30.269.

## FOURTEENTH DEFENSE

## (No 42 U.S.C. Section 1983 Claim Against Defendant)

41.

Plaintiff fails to state a *Monell* claim against defendant Therese Hutchins under 42 U.S.C. Section 1983.

## FIFTEENTH DEFENSE

## (Statute of Limitations)

42.

Plaintiff's claims are or may be barred by the applicable statutes of limitations.

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

<h3 style="text-align:center">SIXTEENTH DEFENSE</h3>

<h3 style="text-align:center">(Reservation)</h3>

43.

Defendant reserves the right to assert additional defenses that may become apparent during discovery.

WHEREFORE, having fully answered plaintiff's First Amended Complaint, defendant Therese Hutchins prays for judgment in her favor, including an award of costs, disbursements and fees.

DATED this 23rd day of January 2026.

By: s/ *Aaron J. Potter*
Aaron J. Potter, OSB No. 992003
ajp@hartwagner.com
Christian K. Jahn, OSB No. 183776
ckj@hartwagner.com
*Of Attorneys for Defendant Therese Hutchins*

Trial Attorney: Aaron J. Potter, OSB # 992003

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 23rd day of January 2026, I filed the foregoing

**DEFENDANT THERESE HUTCHINS' ANSWER AND DEFENSES TO PLAINTIFF'S**

**FIRST AMENDED COMPLAINT** through the Federal Court's Management/Electronic Case

File system and copies were transmitted to the following party:

Caitlin V. Mitchell
Johnson Johnson Lucas & Middleton PC
975 Oak St., Ste. 1050
Eugene, OR  97401
cmitchell@justicelawyers.com
*Of Attorneys for Plaintiff*

Jonathan David Ballard
Ross C. Taylor
Fox Ballard PLLC
1325 Fourth Ave., Ste. 1500
Seattle, WA  98101
jonathan@foxballard.com
ross@foxballard.com
*Of Attorneys for Defendants NaphCare, Inc., Rumelhart, Ignashov, Stone, Conway, and Crum*

Andrew D. Campbell
Elayna Z. Matthews
Heltzel Williams, PC
PO Box 1048
Salem, OR  97308
andrew@heltzel.com
elayna@heltzel.com

Shawn A. Lilligren
Clackamas County Counsel
Public Services Building
2051 Kaen Rd, Ste. 2nd Floor
Oregon City, OR  97045
slillegren@clackamas.us
*Of Attorneys for Defendants Clackamas County, Brandenburg, Lucas, Cyphers, Smith, Radmer, Hatfield, N. Johnson, Savage, A. Johnson, Villalta, Teeter, Pena, Yakis, MacFarlane, Ventura, and Beard*

s/ *Aaron J. Potter*

Aaron J. Potter, OSB # 92003
ajp@hartwagner.com

Page 1 – **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**