**Caitlin V. Mitchell**, OSB No. 123964
cmitchell@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: 541-484-2434
Fax: 541-484-0882
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **CHARITY TYLER**, personal representative for the Estate of Robert Hight III, Deceased, | Case No.: 3:25-cv-01620-IM |
| Plaintiff, | |
| v. | **PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| **CLACKAMAS COUNTY,** an Oregon County; **NAPHCARE, INC.**, an Alabama Corporation**; AB Staffing Solutions, LLC; Taylor Rumelhart**, an individual; **Therese Hutchins**, an individual; **Svetlana Nikolayevna Ignashov**, an individual; **Gia Stone**, an individual; **Donna Conway**, an individual; **Jill Crum**, an individual; **Angela Brandenburg**, an individual; **Emma Kathleen Lucas**, an individual; **Benjamin Cyphers**, an individual; **Corey Smith**, an individual; **Emily Radmer**, an individual; **Aaron J. Hatfield**, an individual; **Arthur Sean Johnson**, an individual; **Nicholas J. Johnson**, an individual; **Matthew Savage**, an individual; **Victor Villalta**, an individual; **Ryan Therle Lewis Teeter**, an individual; **Robert Joseph Pena**, an individual; **Nicole M. Yakis**, an individual; **Brannon James MacFarlane**, an individual; **Felix Sebastian Ventura**, an individual; **Harlee Beard**, an individual; and **JOHN AND JANE DOES 1-20**; | |
| Defendants. | |

Page 1 – **PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83-11(a) and Oregon Rule of Professional  Conduct 1.16(b), Caitlin V. Mitchell of Johnson Johnson Lucas & Middleton, PC, attorney for Plaintiff Charity Tyler, personal representative for the Estate of Robert Hight III, respectfully requests leave of the Court to withdraw as Plaintiff's counsel of record in this matter. This motion is supported by the Declaration of Caitlin Mitchell submitted herewith.

Oregon Rules of Professional Conduct 1.16(b)(1) permits a lawyer to withdraw if there is no material adverse effect on the interests of the client. In this case initial disclosures have been waived, with pretrial discovery deadlines as follows:

- Amend the Pleadings or Join Parties: July 1, 2026
- Motions to Compel Fact Discovery: July 31, 2026
- Complete Fact Discovery: August 28, 2026
- Initial Expert Disclosures: September 18, 2026.
- Rebuttal Expert Disclosures: October 19, 2026.
- Motions to Compel Expert Discovery: October 26, 2026,
- Deadline to Complete Expert Discovery: November 23, 2026
- Joint Statement of Agreed and Disputed Facts: December 7, 2026
- Dispositive Motions: December 21, 2026
- Joint ADR Report: December 21, 2026.
- The Pretrial Order and Verdict Form: May 20, 2027
- Jury trial is set to commence on July 6, 2027

Plaintiff Charity Tyler was provided prior notice of the attorney's intent to withdraw and an opportunity to consider her path forward. A copy of Plaintiff's file has been delivered to her and will be available to any counsel she designates. In these circumstances, withdrawal can be accomplished without material adverse effect on the interests of Plaintiff.

Page 2 – **PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Additional good cause and professional considerations exist to permit withdrawal. Should the Court require further information, counsel respectfully requests an *ex parte* proceeding pursuant to Oregon Rules of Professional Conduct 3.3(d), so as not to disclose confidential information gained in the attorney-client relationship or otherwise prejudice the interests of Plaintiff.

DATED March 13, 2026

JOHNSON JOHNSON LUCAS & MIDDLETON PC

/s/ Caitlin V. Mitchell

**Caitlin V. Mitchell,** OSB No. 123964
cmitchell@justicelawyers.com
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: (541) 484-2434   Fax: (541) 484-0882
Attorneys for Plaintiff

Page 3 – **PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

# CERTIFICATE OF SERVICE

I certify that on March 13, 2026, a true copy of the **PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** was served as indicated below:

Clackamas County Counsel
Shawn Lillegren
slillegren@clackamas.us
2051 Kaen Road, Suite 254
Oregon City, OR 97045
Tel: 503-742-5393
Attorney for Defendants Clackamas County, Angela Brandenburg, Emma Kathleen Lucas, Benjamin Cyphers, Corey Smith, Emily Radmer, Aaron J. Hatfield, Arthur Sean Johnson, Nicholas J. Johnson, Matthew Savage, Victor Villalta, Ryan Therle Lewis Teeter, Robert Joseph Pena, Nicole M. Yakis, Brannon James MacFarlane, Felix Sebastian Ventura, Harlee Beard, and John and Jane Does 1-20;

[ ] U.S. Mail
[ x] Electronic Filing
[ x ] Email
[ ] Fax

Fox Ballard PLLC
Jonathan Ballard
jonathan@foxballard.com
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Tel: 206-800-2723
Attorney for Defendants Naphcare, Inc, Jill Crum, Svetlana Ignashov, Gia Stone, Donna Conway, and Taylor Rumelhart

[ ] U.S. Mail
[ x] Electronic Filing
[ x ] Email
[ ] Fax

Hart Wagner
Aaron Potter
ajp@hartwagner.com
Christian Jahn
ckj@hartwagner.com
1000 SW Broadway, 20th FL
Portland, OR 97205
Attorney for Defendants AB Staffing and Therese Hutchins

[ ] U.S. Mail
[ x] Electronic Filing
[ x ] Email
[ ] Fax

Page 1 – **CERTIFICATE OF SERVICE**

Charity Ava Tyler
PO BOX 630
Los Angeles, CA 90078
Tel: 808-670-8955
Email: charityava.tyler@gmail.com
Plaintiff and Personal representative

[ x ] U.S. Mail-Certified/Returned Receipt
[   ] Electronic Filing
[ x ] Email
[   ] Fax

JOHNSON JOHNSON LUCAS & MIDDLETON, PC

_____

Jaclyn R. Hayes, Legal Assistant
541/484-2434
541/484-0882 fax
 jhayes@justicelawyers.com

Page 2 – **CERTIFICATE OF SERVICE**