**Caitlin V. Mitchell**, OSB No. 123964
cmitchell@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: 541-484-2434
Fax: 541-484-0882
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **CHARITY TYLER**, personal representative for the Estate of Robert Hight III, Deceased, | Case No.: 3:25-cv-01620-IM |
| Plaintiff, | |
| v. | **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| **CLACKAMAS COUNTY,** an Oregon County; **NAPHCARE, INC.**, an Alabama Corporation**; AB Staffing Solutions, LLC; Taylor Rumelhart**, an individual; **Therese Hutchins**, an individual; **Svetlana Nikolayevna Ignashov**, an individual; **Gia Stone**, an individual; **Donna Conway**, an individual; **Jill Crum**, an individual; **Angela Brandenburg**, an individual; **Emma Kathleen Lucas**, an individual; **Benjamin Cyphers**, an individual; **Corey Smith**, an individual; **Emily Radmer**, an individual; **Aaron J. Hatfield**, an individual; **Arthur Sean Johnson**, an individual; **Nicholas J. Johnson**, an individual; **Matthew Savage**, an individual; **Victor Villalta**, an individual; **Ryan Therle Lewis Teeter**, an individual; **Robert Joseph Pena**, an individual; **Nicole M. Yakis**, an individual; **Brannon James MacFarlane**, an individual; **Felix Sebastian Ventura**, an individual; **Harlee Beard**, an individual; and **JOHN AND JANE DOES 1-20**; | |
| Defendants. | |

Page 1 – **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Caitlin V. Mitchell, declare under penalty of perjury of the laws of the State of Oregon that the following is true and correct:

1.  I represent Plaintiff Charity Tyler, personal representative of the Estate of Robert Hight III, in this matter.
2.  Professional considerations require termination of this representation.
3.  Plaintiff was provided prior notice of the attorney's intent to withdraw and an opportunity to consider her path forward.
4.  A copy of Plaintiff's file has been delivered to her and will be available to any counsel she designates.
5.  Last known contact information for Plaintiff Charity Tyler is charityava.tyler@gmail.com , PO Box 630, Los Angeles, CA 90078, (808) 670-8955

DATED March 13, 2026

JOHNSON JOHNSON LUCAS & MIDDLETON PC

/s/ Caitlin V. Mitchell

**Caitlin V. Mitchell,** OSB No. 123964
cmitchell@justicelawyers.com
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: (541) 484-2434   Fax: (541) 484-0882
Attorneys for Plaintiff

Page 2 – **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

## CERTIFICATE OF SERVICE

 

    I certify that on March 13, 2026, a true copy of the **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** was served as indicated below:

| | |
|---|---|
| Clackamas County Counsel<br>Shawn Lillegren<br>slillegren@clackamas.us<br>2051 Kaen Road, Suite 254<br>Oregon City, OR 97045<br>Tel: 503-742-5393<br>Attorney for Defendants Clackamas County, Angela Brandenburg, Emma Kathleen Lucas, Benjamin Cyphers, Corey Smith, Emily Radmer, Aaron J. Hatfield, Arthur Sean Johnson, Nicholas J. Johnson, Matthew Savage, Victor Villalta, Ryan Therle Lewis Teeter, Robert Joseph Pena, Nicole M. Yakis, Brannon James MacFarlane, Felix Sebastian Ventura, Harlee Beard, and John and Jane Does 1-20; | [ ] U.S. Mail<br>[ x] Electronic Filing<br>[ x ] Email<br>[   ] Fax |
| Fox Ballard PLLC<br>Jonathan Ballard<br>jonathan@foxballard.com<br>1325 Fourth Avenue, Suite 1500<br>Seattle, WA 98101<br>Tel: 206-800-2723<br>Attorney for Defendants Naphcare, Inc, Jill Crum, Svetlana Ignashov, Gia Stone, Donna Conway, and Taylor Rumelhart | [ ] U.S. Mail<br>[ x] Electronic Filing<br>[ x ] Email<br>[   ] Fax |
| Hart Wagner<br>Aaron Potter<br>ajp@hartwagner.com<br>Christian Jahn<br>ckj@hartwagner.com<br>1000 SW Broadway, 20th FL<br>Portland, OR 97205<br>Attorney for Defendants AB Staffing and Therese Hutchins | [ ] U.S. Mail<br>[ x] Electronic Filing<br>[ x ] Email<br>[   ] Fax |

Page 1 – **CERTIFICATE OF SERVICE**

Charity Ava Tyler
PO BOX 630
Los Angeles, CA 90078
Tel: 808-670-8955
Email: charityava.tyler@gmail.com
Plaintiff and Personal representative

[ x ] U.S. Mail-Certified/Returned Receipt
[   ] Electronic Filing
[ x ] Email
[   ] Fax

JOHNSON JOHNSON LUCAS & MIDDLETON, PC

_____
Jaclyn R. Hayes, Legal Assistant
541/484-2434
541/484-0882 fax
 jhayes@justicelawyers.com

Page 2 – **CERTIFICATE OF SERVICE**